| | |
|---|---|
| 1 | JACK RUSSO (State Bar No. 1746957) |
| | COMPUTERLAW GROUP LLP |
| 2 | 401 Florence Street |
| | Palo Alto, CA 94301 |
| 3 | Telephone: (650) 327-9800 |
| | Facsimile: (650) 618-1863 |
| 4 | E-mail: jrusso@computerlaw.com |
| 5 | Attorney for Plaintiff |
| | FRANCES WEBER |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCES WEBER, an individual, | Case No.: 13-cv-73437 (ER) |
| Plaintiff, | **DECLARATION OF JACK RUSSO IN SUPPORT OF PLAINTIFF FRANCES WEBER'S *EX PARTE* APPLICATION FOR EXENSION OF DEADLINE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| ARTICLE ONE PARTNERS HOLDINGS, LLC, a Delaware limited liability company; AOP FOUNDERS, LLC, a New York limited liability company, CHERYL MILONE, an individual, SYW PRIVATE INVESTMENT LLC a Delaware limited liability company, and ALLEGHANY CAPITAL CORPORATION, a Delaware corporation, | |
| Defendants. | |

1  I, Jack Russo, declare under penalty of perjury as follows:

2  1.  I am an attorney licensed to practice in the State of New York (NY Bar No. 1746957) and the Southern District of New York (SDNY Bar No. GR7543), and am the managing partner of Computerlaw Group LLP (www.computerlaw.com), counsel for Plaintiff Frances Weber. I make the statements here of my personal knowledge, except where stated on information and belief, which statements I believe to be true. I could and would testify competently to these matters if called to do so, and my testimony would be as follows:

2.  My firm is located principally on the West Coast in Palo Alto, California, and in the past in this matter, my firm has worked with a local New York City courier, Lawson Legal Services, to make the manual filings required for pleadings. On Wednesday, February 12, 2014, my firm contacted the courier to arrange the Friday filing of Plaintiff's Second Amended Complaint. Attached as **Exhibit 1** is a true and correct copy of the Second Amended Complaint. The courier confirmed acceptance of the assignment. **Exhibit 2** is a true and correct copy of an email exchange between Joyce Chang, at my firm, and the courier.

3.  On Thursday, February 13, 2014, however, concerned over the weather reports from the East Coast, my firm wrote to Robert Lawson at Lawson Legal Services to ask when the PDF of the filing needed to be emailed to the courier, and to confirm whether the filings could be made as they had in the past. Attached as **Exhibit 3** is a true and correct copy of the email, sent at 10:21 AM PST on February 13, 2014.

4.  By telephone in response, Mr. Lawson informed my firm that he and other couriers in the city were closed due to the weather conditions, and that the impassable streets were preventing them from making deliveries on Thursday, February 13, 2014.  He was not sanguine about the streets being passable by Friday, February 14, 2014.

5.  In the evening of Thursday, February 13, 2014, my firm called Mr. Lawson to find out if his office would be able to file the Second Amended Complaint with the Court on Friday, February 14, 2014. Mr. Lawson reiterated that it was unlikely he would be able to make any deliveries on that day at all.

6. My firm served counsel for Defendants by email on Thursday, February 13, 2014 at 6:44 p.m. Attached as **Exhibit 4** is a true and correct copy of this email. My firm also sent the Second Amended Complaint by Federal Express to the Clerk of the Court, as well as to Judge Ramos' chambers. **Exhibit 5** is a true and correct copy of the Certificate of Service regarding the deliveries to Defendants' counsel and to the Clerk of the Court, as well as to Judge Ramos' chambers.

7. However, concerned over whether Federal Express deliveries were being delayed, my office emailed the Court's clerk requesting special permission to email a PDF of the pleading and exhibits (copying Defendants' counsel), so that the chambers' copies would be received by February 14, 2014 even if the Federal Express delivery did not timely arrive. Attached as **Exhibit 6** is a true and correct copy of this email to Mr. Gomez.

I declare under penalty of perjury that the foregoing are true and correct of my personal knowledge and that this Declaration was entered into on this 14th day of February 2014, in Palo Alto, California.

_____/s/ *Jack Russo*_____
Jack Russo