Defendants are granted leave to file their motion to dismiss by April 7, 2014.  Opposition papers shall be due May 12, 2014.  Reply papers shall be due May 26, 2014.  Defendants are granted leave to file a separate motion for sanctions but are reminded that any such motion must be served and filed in accordance with the procedural requirements of Rule 11(c).  If a motion for sanctions is ultimately filed, Plaintiff shall have four weeks from the date of filing to respond, and Defendants shall have an additional two weeks to reply.
SO ORDERED.                2/27/14
HON. EDGARDO RAMOS, USDJ

# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE
NEW YORK, N.Y. 10022

(212) 687-8500
FACSIMILE (212) 687-1505
www.liddlerobinson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/27/14

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
DAVID L. GREENBERGER
MICHAEL E. GRENERT
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK
CHRISTINE A. PALMIERI
ANDREA M. PAPARELLA
MARC A. SUSSWEIN

E-MAIL: mgrenert@liddlerobinson.com

February 26, 2014

SHERRY M. SHORE
MATTHEW J. McDONALD
GEOFFREY P. BOWSER
JENNIFER RODRIGUEZ
J.R. ROTHSTEIN
ROBERT L. ADLER
KRISTA T. ROLLES
CAITLIN D. BROWN
CARA E. CHOMSKI

(AWAITING ADMISSION)
(ADMITTED IN NJ ONLY)

**VIA FACSIMILE / (212) 805-7943**
The Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Frances Weber v. Article One Partners Holdings, LLC, et al.:
     **13 CV 7437 (ER)**

Dear Judge Ramos:

We represent Defendants Article One Partners Holdings, LLC ("AOP"), AOP Founders, LLC, Cheryl Milone and SYW Private Investment LLC ("SYW"). We do not represent Defendant Alleghany Capital Corporation, but write on their behalf as well with the consent of their counsel. Defendants write this letter to provide notice that Defendants will be filing a motion to dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for sanctions pursuant to Fed. R. Civ. P. 11. Pursuant to Your Honor's statement at the January 14, 2014 pre-motion conference, Defendants need not request a second pre-motion conference prior to filing their motion. Defendants request that the deadline for filing their motion be April 7, 2014.

Very truly yours,

Michael E. Grenert

cc:  Jack Russo, Esq. (via e-mail)
     Howard Smith, Esq. (via e-mail)
     Jeffrey L. Liddle, Esq. (via e-mail)