# OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: HSMITH@OLSHANLAW.COM
DIRECT DIAL: 212.451.2208

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/15/14

April 15, 2014

The application is ✓ granted.
___ denied.

[signature]
Edgardo Ramos, U.S.D.J.
Dated: 4/15/14
New York, New York 10007

VIA FACSIMILE

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Frances Weber v. Article One Partners Holdings, LLC, et al.
Civil Action Number 13 CV 7437 (ER)

Dear Judge Ramos:

This firm represents Defendant Alleghany Capital Corporation in the above referenced matter.

Per Rule 1(E) of Your Honor's Individual Practices, we request a one week extension of Defendants' time to move to dismiss Plaintiff's Second Amended Complaint from April 21, 2014 to April 28, 2014. We also request that the Court adjourn the deadline for Plaintiff's opposition from May 26, 2014 to June 7, 2014 and the deadline for Defendants' reply from June 13, 2014 to June 20, 2014. All counsel consent to this request. This is the second request for an adjournment of these deadlines. We previously requested a 14-day extension due to serious medical issues to a close family member of the undersigned. In seeking the first extension, we did not consider the Passover and Easter holidays this week and now respectfully request one final extension of one week.

Respectfully submitted,

[signature]
Howard J. Smith

cc: All Counsel

OLSHAN FROME WOLOSKY LLP          WWW.OLSHANLAW.COM
2560567-1