# MEMO ENDORSED

# OLSHAN

PARK AVENUE TOWER • 65 EAST 55TH STREET • NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300 • FACSIMILE: 212.451.2222

EMAIL: HSMITH@OLSHANLAW.COM
DIRECT DIAL: 212.451.2208

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/12/2014

June 12, 2014

[ No further extension will be granted. ]

The application is ✓ granted.
___ denied.

*signature*

Edgardo Ramos, U.S.D.J.
Dated: 6/12/2014
New York, New York 10007

VIA FACSIMILE

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Frances Weber v. Article One Partners Holdings, LLC, et al.
Civil Action Number 13 CV 7437 (ER)

Dear Judge Ramos:

This firm represents Defendant Alleghany Capital Corporation in the above referenced matter.

Per Rule 1(E) of Your Honor's Individual Practices, we request an extension of Defendants' time to file their replies in support of their motions to dismiss Plaintiff's Second Amended Complaint from June 20, 2014 to June 27, 2014. The reason for this request is twofold. First, I have a close relative undergoing serious medical treatment and have been and will continue to be spending time out of the office over the next several weeks. In addition, I am also engaged in a very time consuming matter involving emergency injunctive relief.

We previously requested a 14-day extension due to serious medical issues to my family member of the undersigned and a one week extension to account for the Passover and Easter holidays. All counsel consent to this request.

Respectfully submitted,

*signature*

Howard J. Smith

cc: All Counsel